IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY THEODORE KRALOVETZ,<br><br>Plaintiff,<br><br>v.<br><br>MARIAN E. SPEARMAN; D. McGRIFF; SHAWN HATTON,<br><br>Defendants | No. C 16-0264 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

The parties have agreed to a settlement of this case. Accordingly, this case is **DISMISSED** with prejudice; provided, however, that if any party certifies, within sixty (60) days, with proof of service to opposing counsel, that the agreed consideration for the settlement has not been delivered, this order shall be vacated this case shall promptly be reopened and set for trial.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October  31 , 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE